# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

FILED
CHARLOTTE, NC

MAR 04 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Amaru Edward Barnes
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Mangum "magnum"
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25-cv-65-MR
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Amaru Edward Barnes
   All other names by which you have been known:
   ID Number: 1733922
   Current Institution: Marion Correctional Institution
   Address: 355 Old Glenwood Rd
   Marion, NC 28752
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Correctional Officer Mangum
   Job or Title (if known): Foot-Hills Prison Official
   Shield Number: N/A
   Employer: N/A
   Address: N/A
   Morganton, NC, N/A
   City / State / Zip Code
   ☐ Individual capacity  ☐ Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   City / State / Zip Code
   ☐ Individual capacity  ☐ Official capacity

### Defendant No. 3
Name _____
Job or Title *(if known)* _____
Shield Number _____
Employer _____
Address _____
_____
*City*       *State*       *Zip Code*

☐ Individual capacity   ☐ Official capacity

### Defendant No. 4
Name _____
Job or Title *(if known)* _____
Shield Number _____
Employer _____
Address _____
_____
*City*       *State*       *Zip Code*

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Retaliation Claim / Deprivation of color / Deprived of rights / negligence*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Slamming my fingers in the trap during Clothes exchange telling me to "remove your fingers from the trap Nigger." Inmate Keyon Lattimore who is doing a 90 day CRV Bid and inmate Xavir Alexander witness this situation.

N/A

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. Upper D-unit Officer Mangum who also goes by Magnum during clothes exchange December 17, 2024 During Night-shift 8-9 p.m slams my fingers in the trap stating "Remove your fingers from the trap Nigger." While using his knees and hands to keep my fingers from being released from the trap." Leaving in the room with No bed Roll No clothes to change to No Sanitary Warmth. I informed many people of my family & support.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. December 19, 20 I have receipts of me writing grievances on the tablet stating I wanted to be moved to another unit. I didn't feel safe or comfortable. December 26th, 2024 this same officer attacks me again calling me a "lil boy" and demanding me to lock-down to stop me from going to canteen for No Reason. I was assaulted. He Co pepper Sprayed me & tackled me to the ground pulling muscles in my shoulder. December 26th, 2024 8:00-9:00 p.m Upper D-unit

C. What date and approximate time did the events giving rise to your claim(s) occur?

The whole upper D-unit harrassed me intentionally attacking me morning shift started December 9th. This particular Officer Mangum started December 17th, 2024 during clothes exchange I'll say 7:45 - 9 p.m. December 26th, 2024 Officer Mangum again. 8-9 p.m Upper D-unit On Camera Both situations.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was racially attacked, I was harrassed, neglected, just stressful situations. Morning shift December 9th started making me lock-down for no reason. Leaving me in my cell. Mind you I have 7 years left why was I housed in a processing pod? December 17th, 2024 my fingers got slammed in the trap door by Officer Mangum calling me a Nigger. Keyon Lattimore Xavir Alexander witnessed this. December 26th, 2024 Mangum Co pepper spray me and uses excessive force. resulting in a A-99, A-19, B-24, B-18 I was Deprived into pleading guilty by Randy Mull. Sergent Hicks checked off my disciplinary statement that I didn't want camera footage there for I was guilty because they said I was guilty and not in exercise of a fair trial, along with another violation of my rights. Since then at foothills food trays was shaken up. I was denied grievances, request forms. I found smuggled blue pill in one of my trays seem to be a piece of Viagra. Foothills messed up.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have reciepts of a EKG because I was having chest/collar bone/chest problems. I was give analgesic balm cream & 600 mg Acetaminophen 325 mg, Ibuprofen 600 mg for pulled muscles. I recieved a x-ray on my shoulder I stated to medical I wanted a x-ray on my chest that was the whole point of my EKG. Today is February 14, 2025 still having collar bone problems. I recieved my EKG December 27, 2024 & my x-ray January 24th, 2025 I have been having some bad headaches since that incidents and troubled visions at times. I have been taking the medication for my headaches I will adventually see medical if it continues to get worst.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting from the State of North Carolina a settlement of anywhere between $10,000 - 20,000 for negligence treating unfairly as an inmate for sticking to my rights and knowing my rights. Lying to hide government officials wrong doings & abuse. Assassinating my character to make me look bad. Racial attacks, assault on multiple occasions. Housing me not for rehabilitation but to attack me and make my time hard, causing emotional stress.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Foothills Correctional Institution

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

retaliation, negligence, Deprived of rights, Deprived of color, assault

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Marion Correctional Institution

2. What did you claim in your grievance? exercising my rights to file a grievance of government official as a inmate under the Constitutional Civil law of North Carolina.

3. What was the result, if any?
   I would think Documented but nothing that I know of as a Inmate other than excessive report.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I'm not sure I just try to remember to keep a Pink copy.

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   _none_

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _none_

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _I wrote at least 15 grievances at Foothills I didn't get a response to any._

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-14-2025

Signature of Plaintiff: _____
Printed Name of Plaintiff: _____
Prison Identification #: _____
Prison Address: _____
_____
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____